UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

MICHAEL E. DEERING

Plaintiff(s),

v.

GALENA BIOPHARMA, INC., et al.

Defendant(s).

Civil Case No. 3:14-cv-367-HU

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney David C. Walton requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**
Name: Walton, David C.
(Last Name) (First Name) (MI) (Suffix)
Firm or Business Affiliation: Robbins Geller Rudman & Dowd LLP
Mailing Address: 655 W. Broadway, Suite 1900
City: San Diego    State: CA    Zip: 92101
Phone Number: (619) 231-1058    Fax Number: (619) 231-7423
Business E-mail Address: DaveW@rgrdlaw.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
California, 12/8/1993, 167268

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
C.D. Cal.12/8/1993; N.D. Cal. 7/28/2006; S.D. Cal. 3/23/2007;
E.D. Wis. 6/2/2008; D. Colo. 8/1/2009

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiff Michael E. Deering

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this **10th** day of **March**, **2014**

_____
*(Signature of Pro Hac Counsel)*

David C. Walton
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this **10th** day of **March**, **2014**

_____
*(Signature of Local Counsel)*

Name: **Fischer, Justine**
(Last Name)        (First Name)        (MI)        (Suffix)

Oregon State Bar Number: **812241**

Firm or Business Affiliation: **Justine Fischer, Attorney at Law**

Mailing Address: **710 S.W. Madison Street, Suite 400**

City: **Portland**       State: **OR**       Zip: **97205**

Phone Number: **(503) 222-4326**       Business E-mail Address: **jfattyor@aol.com**

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge