# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

Michael E. Deering, Individually and on Behalf of All
Others Similarly Situated

_____
**Plaintiff(s),**

**v.**

Galena Biopharma, Inc., Mark J. Ahn, Ryan M.
Dunlap and Mark W. Schwartz

_____
**Defendant(s).**

Civil Case No. 3:14-cv-00367-HU

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney  Paul R. Bessette _____ requests special admission *pro hac vice* in
the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**   I have read and understand the
requirements of LR 83-3, and certify that the following information is correct:

    (1)    **PERSONAL DATA:**

Name: Bessette _____ Paul _____ R. _____
        *(Last Name)*        *(First Name)*      *(MI)*    *(Suffix)*

Firm or Business Affiliation: King & Spalding LLP

Mailing Address: 401 Congress Avenue, Suite 3200

City: Austin          State: TX      Zip: 78701

Phone Number: 512.457.2050      Fax Number: 512.457.2100

Business E-mail Address: pbessette@kslaw.com

(6)     **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this ___31___ day of ___March___, ___2014___

_____
*(Signature of Pro Hac Counsel)*

Paul R. Bessette
_____
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this ___2nd___ day of ~~March~~ April, ___2014___

_____
*(Signature of Local Counsel)*

Name: __Rosenbaum, Lois O.__
     *(Last Name)*                                *(First Name)*                 *(MI)*       *(Suffix)*

Oregon State Bar Number: __773250__

Firm or Business Affiliation: __Stoel Rives LLP__

Mailing Address: __900 SW Fifth Avenue, Ste. 2600__

City: __Portland__          State: __OR__          Zip: __97204__

Phone Number: __503.294.9293__     Business E-mail Address: __lorosenbaum@stoel.com__

---

**COURT ACTION**

---

    ☐ Application approved subject to payment of fees.
    ☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

---

Continuation of Paul R. Bessette

## COURT ADMISSIONS

| | |
|---|---|
| U.S. Supreme Court | 07/20/2001 |
| U.S. Court of Appeals<br><br>    3rd Circuit<br>    5th Circuit<br>    9th Circuit<br>    11th Circuit | <br><br>10/09/2003<br>12/23/1999<br>09/13/1989<br>08/08/2012 |
| U.S. District Courts<br><br>    Northern District of Texas<br>    Southern District Texas<br>    Eastern District of Texas<br>    Western District of Texas<br><br>    Central District California<br>    Southern District of California<br>    Northern District of California<br>    Eastern District of California<br><br>    Southern District of New York<br>        (Bar No. PB2550)<br><br>    Eastern District of New York<br>        (Bar No. PB5462) | <br><br>05/01/1997<br>12/28/1995<br>12/18/1989<br>11/14/2000<br><br>08/08/1991<br>12/28/1995<br>12/07/1988<br>12/18/1989<br><br>01/14/10 (court certificate shows 1/2/10, but cert of good standing shows 1/14/10)<br><br>06/17/10 |