UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Michael E. Deering, Individually and on Behalf of All Others Similarly Situated

       **Plaintiff(s)**,

v.

Galena Biopharma, Inc., Mark J. Ahn, Ryan M. Dunlap and Mark W. Schwartz

       **Defendant(s)**.

Civil Case No. 3:14-cv-00367-HU

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **James P. Sullivan** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)     **PERSONAL DATA:**

Name: **Sullivan**, **James**, **P.**
    (Last Name)    (First Name)    (MI)    (Suffix)

Firm or Business Affiliation: King & Spalding LLP
Mailing Address: 401 Congress Avenue, Suite 3200
City: Austin    State: TX    Zip: 78701
Phone Number: 512.457.2014    Fax Number: 512.457.2100
Business E-mail Address: jsullivan@kslaw.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Texas Bar No. 24070702, admitted 2009;

District of Columbia Bar No. 975030, admitted 2007

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
Supreme Court of the United States (2010); U.S. Court of Apeals for the D.C. Circuit (2008);

U.S. Court of Appeals for the Third Circuit (2012); U.S. Court of Appeals for the Fifth Circuit (2009);

U.S. Court of Appeals for the Federal Circuit (2008); U.S. District Court for the Western District of Texas (2011)

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Galena Biopharma, Inc.

Mark J. Ahn

Ryan M. Dunlap

Mark W. Schwartz

**(6)   CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this **31st** day of **March**, **2014**

_____
(Signature of Pro Hac Counsel)

**James P. Sullivan**
*(Typed Name)*

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this **2nd** day of **April**, **2014**

_____
(Signature of Local Counsel)

Name: **Rosenbaum, Lois O.**
   *(Last Name)*      *(First Name)*      *(MI)*      *(Suffix)*

Oregon State Bar Number: **773250**
Firm or Business Affiliation: **Stoel Rives LLP**
Mailing Address: **900 SW Fifth Avenue, Ste. 2600**
City: **Portland**    State: **OR**    Zip: **97204**
Phone Number: **503.294.9293**    Business E-mail Address: **lorosenbaum@stoel.com**

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge