UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

MICHAEL E. DEERING

                    Plaintiff(s),

v.

GALENA BIOPHARMA, INC., et al.

                    Defendant(s).

Civil Case No. 3:14-cv-367-HU

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

        Attorney **Brian O. O'Mara** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)    **PERSONAL DATA:**

Name: O'Mara, Brian O.
       (Last Name)        (First Name)        (MI)        (Suffix)

Firm or Business Affiliation: Robbins Geller Rudman & Dowd LLP

Mailing Address: 655 W. Broadway, Suite 1900

City: San Diego        State: CA        Zip: 92101

Phone Number: (619) 231-1058        Fax Number: (619) 231-7423

Business E-mail Address: BOMara@rgrdlaw.com

---

U.S. District Court–Oregon
Revised March 1, 2014

Application for Special Admission - *Pro Hac Vice*
Page 1 of 3

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
California, 12/23/03, Bar ID 229737; Nevada, 10/11/02, Bar ID 8214; District of Columbia, 8/9/10, Bar ID 996144

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
S.D. Cal. 1/20/04; N.D. Cal. 2/9/04; C.D. Cal. 1/29/04; E.D. Cal. 7/23/04; D. Colo. 2/17/09; D. Nev. 10/11/02; E.D. Wis. 11/15/05; N.D. Ill. 3/25/13; 9th Cir. 7/26/04

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiff Michael E. Deering

(6)    **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 3rd day of April, 2014

_____
*(Signature of Pro Hac Counsel)*

Brian O. O'Mara
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 3rd day of April, 2014

_____
*(Signature of Local Counsel)*

Name: Fischer, Justine
(Last Name)   (First Name)   (MI)   (Suffix)

Oregon State Bar Number: 812241

Firm or Business Affiliation: Justine Fischer, Attorney at Law

Mailing Address: 710 S.W. Madison Street, Suite 400

City: Portland    State: OR    Zip: 97205

Phone Number: (503) 222-4326    Business E-mail Address: jfattyor@aol.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge