UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

MICHAEL E. DEERING, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff(s),

v.

GALENA BIOPHARMA, INC., MARK J. AHN, RYAN M. DUNLAP, and MARK W. SCHWARTZ,

        Defendant(s).

Civil Case No. 3:14-cv-00367

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney __Francis McConville__ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)     **PERSONAL DATA:**

Name: __McConville, Francis__
    *(Last Name)*      *(First Name)*      *(MI)*      *(Suffix)*

Firm or Business Affiliation: __Pomerantz LLP__

Mailing Address: __600 Third Avenue, 20th Floor__

City: __New York__     State: __NY__     Zip: __10016__

Phone Number: __212-661-1100__     Fax Number: __212-661-8665__

Business E-mail Address: __fmcconville@pomlaw.com__

**(2) BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
New York Supreme; July 14, 2009; 4740338

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
Southern District of New York; February 12, 2012; FM4233
Eastern District of New York; February 29, 2012; FM5897

**(3) CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

**(4) CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5) REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Movant the Cho Investor Group

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 13th day of June, 2014

_____
(Signature of Pro Hac Counsel)

Francis McConville
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 17th day of June, 2014

_____
(Signature of Local Counsel)

Name: Ratliff, Jeffrey
     (Last Name)         (First Name)         (MI)    (Suffix)

Oregon State Bar Number: _____
Firm or Business Affiliation: Ransom, Gilbertson, Martin & Ratliff, LLP
Mailing Address: 1500 NE Irving Street
City: Portland                State: OR       Zip: 97232
Phone Number: 503-226-3664    Business E-mail Address: _____

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge