UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

In re GALENA BIOPHARMA, INC.
SECURITIES LITIGATION

**Plaintiff(s),**

v.

_____

**Defendant(s).**

Civil Case No. 3:14-CV-00367-SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney  Leigh Handelman Smollar  requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1)    PERSONAL DATA:**

Name: Handelman Smollar     Leigh     R.
        *(Last Name)*        *(First Name)*   *(MI)*   *(Suffix)*

Firm or Business Affiliation: Pomerantz LLP

Mailing Address: 10 South LaSalle, Suite 3505

City: Chicago    State: Illinois    Zip: 60603

Phone Number: (312) 377-1181    Fax Number: (312) 377-1184

Business E-mail Address: lsmollar@pomlaw.com

**(2)    BAR ADMISSIONS INFORMATION:**

    **(a)**    State bar admission(s), date(s) of admission, and bar ID number(s):
Illinois, November 1996, ARDC:  6237247

    **(b)**    Other federal court admission(s), date(s) of admission, and bar ID number(s):
USDC Northern District of Illinois- December 18, 1996
Seventh Circuit Court of Appeals- November 15, 2002
Eighth Circuit Court of Appeals- September 1, 2005

**(3)    CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**    ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)    CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)    REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiff(s)

---

**U.S. District Court–Oregon**                                                Application for Special Admission - *Pro Hac Vice*
Revised March 1, 2014                                                                                   Page 2 of 3

(6)  **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 10th day of November, 2014

/s/ Leigh Handelman Smollar
(Signature of Pro Hac Counsel)

Leigh Handelman Smollar
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 17 day of November, 2014

Jeffrey Ratliff
(Signature of Local Counsel)

Name: Ratliff                    Jeffrey                    S
      (Last Name)                (First Name)               (MI)          (Suffix)

Oregon State Bar Number: 893422

Firm or Business Affiliation: Ransom Gilbertson Martin & Ratliff, LLP

Mailing Address: 1500 NE Irving St., Suite 412

City: Portland                             State: OR         Zip: 97232

Phone Number: 503-226-3664           Business E-mail Address: rgilbertson@qwestoffice.net

---

**COURT ACTION**

☒ Application approved subject to payment of fees.
☐ Application denied.

DATED this 17th day of November, 2014

/s/ Michael H. Simon
Judge