UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Deering et al

_____
            **Plaintiff(s),**
v.

Galena Biopharma, Inc. et al
_____
            **Defendant(s).**

Civil Case No. 3:14-cv-00367-SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney __Jonathan R. Tuttle_____ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: __Tuttle, Jonathan R._____
      *(Last Name)*      *(First Name)*      *(MI)*      *(Suffix)*

Firm or Business Affiliation: __Debevoise & Plimpton LLP_____

Mailing Address: __555 13th Street, NW_____

City: __Washington_____ State: __DC_____ Zip: __20004__

Phone Number: __(202) 383-8124_____ Fax Number: __(202) 383-8118__

Business E-mail Address: __jrtuttle@debevoise.com__

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Virginia State Bar - 11/02/1992 - 34465

District of Columbia - 09/10/1993 - 438995

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
District of D.C. - 03/12/1999 - 438995

Eastern District of Virginia - 10/11/1996 - 34465

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Mark J. Ahn

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 24th day of November, 2014

(Signature of Pro Hac Counsel)

Jonathan R. Tuttle
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 24th day of November, 2014

(Signature of Local Counsel)

Name: Tranetzki, Kristen
(Last Name)    (First Name)    (MI)    (Suffix)

Oregon State Bar Number: 115730
Firm or Business Affiliation: Angeli Ungar Law Group LLC
Mailing Address: 121 SW Morrison Street, Suite 400
City: Portland    State: OR    Zip: 97204
Phone Number: (503) 954-3332    Business E-mail Address: kristen@angelilaw.com

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge