UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Deering et al

_____
        **Plaintiff(s),**
v.

Galena Biopharma, Inc. et al

_____
        **Defendant(s).**

Civil Case No. 3:14-cv-00367-SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Scott N. Auby _____ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Auby, Scott N.
       *(Last Name)*     *(First Name)*     *(MI)*     *(Suffix)*

Firm or Business Affiliation: Debevoise & Plimpton LLP
Mailing Address: 555 13th Street, NW
City: Washington     State: DC     Zip: 20004
Phone Number: (202) 383-8053     Fax Number: (202) 383-8118
Business E-mail Address: snauby@debevoise.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
California - 12/13/1993 - 168461 (inactive)
District of Columbia - 04/01/1996 - 444951

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
Central District of California - 01/18/1994 - 16841
Southern District of New York - 08/02/2005 - SA2133
District District of Columbia - 08/07/2005 - 444951
Ninth Circuit - 09/14/1994
Third Circuit - 04/04/2005
Second Circuit - 07/10/2009
U.S. Supreme Court - 11/01/2004

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Mark J. Ahn

(6)  **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 25TH day of November 2014

_____
(Signature of Pro Hac Counsel)

Scott N. Auby
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 25th day of November 2014

_____
(Signature of Local Counsel)

Name: Tranetzki, Kristen
       (Last Name)            (First Name)            (MI)       (Suffix)

Oregon State Bar Number: 115730

Firm or Business Affiliation: Angeli Ungar Law Group LLC

Mailing Address: 121 SW Morrison Street, Suite 400

City: Portland          State: OR          Zip: 97204

Phone Number: (503) 954-3332     Business E-mail Address: kristen@angelilaw.com

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge