UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| IN RE GALENA BIOPHARMA, INC. SECURITIES LITIGATION, | Civil Case No. 3:14-CV-00367-SI<br><br>APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE* |

Attorney Jonathan Horne requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)  **PERSONAL DATA:**

Name: Horne, Jonathan
(Last Name) (First Name) (MI) (Suffix)

Firm or Business Affiliation: The Rosen Law Firm

Mailing Address: 275 Madison Avenue, 34th Floor

City: New York   State: NY   Zip: 10016

Phone Number: 212 686 1060   Fax Number: 212 202 3827

Business E-mail Address: jhorne@rosenlegal.com

(2)  **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
New York State Court, 3/31/2010, 4822847

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
U.S. District Court SDNY, 5/10/2010
U.S. District Court EDNY, 6/14/2010
U.S. District Court Colorado, 2/4/2011

(3)  **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4)  **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5)  **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Kisuk Cho, Anthony Kim, Pantelis Lavidas, Alan Theriault, and Joseph Buscema

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 28 day of January, 2015

*(Signature of Pro Hac Counsel)*

Jonathan Horne
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this 3rd day of February, 2015

*(Signature of Local Counsel)*

Name: Ratliff (Last Name)  Jeffrey (First Name)  S (MI)  (Suffix)

Oregon State Bar Number: 893422

Firm or Business Affiliation: Ransom, Gilbertson, Martin & Ratliff

Mailing Address: 1500 NE Irving Street, Suite 412

City: Portland    State: OR    Zip: 97232

Phone Number: 503 226 3664    Business E-mail Address: rgilbertson@questoffice.net

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____

_____
Judge