UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

In re GALENA BIOPHARMA, INC.
SECURITIES LITIGATION
        Plaintiff(s),

v.

        Defendant(s).

Civil Case No. 3:14-cv-00367-SI (Lead)

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney **Russell D. Duncan** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)    **PERSONAL DATA:**

Name: Duncan     Russell     D.
      (Last Name)     (First Name)     (MI)     (Suffix)

Firm or Business Affiliation: Shulman, Rogers, Gandal, Pordy & Ecker, P.A.

Mailing Address: 12505 Park Potomac Avenue, 6th Floor

City: Potomac     State: MD     Zip: 20854

Phone Number: (301) 945-9247     Fax Number: (301) 230-2891

Business E-mail Address: rduncan@shulmanrogers.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
          District of Columbia Bar, admitted 12/13/1982; DC Bar No. 366888

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
          U.S. District Court-DC, admitted 07/02/1984; USDC-DC Bar 366888
          U.S. District Court-MD, admitted 12/18/2000; USDC-MD Bar No. 14904

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendants Michael McCarthy and The DreamTeam Group, LLC

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 29th day of April, 2015

_____
*(Signature of Pro Hac Counsel)*

Russell D. Duncan
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 30th day of April, 2015

_____
*(Signature of Local Counsel)*

Name: McDermott, James T.
      *(Last Name)*       *(First Name)*        *(MI)*    *(Suffix)*

Oregon State Bar Number: 933594

Firm or Business Affiliation: Ball Janik LLP

Mailing Address: 101 SW Main Street, Suite 1100

City: Portland       State: OR    Zip: 97204

Phone Number: 503.228.2525     Business E-mail Address: jmcdermott@balljanik.com

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

## CERTIFICATE OF SERVICE

I certify that on April 30, 2015 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record who have consented to electronic filing.


DATED: April 30, 2015                /s/ James T. McDermott
                                     James T. McDermott, OSB No. 933594
                                     Attorneys for Defendants Michael McCarthy and
                                       The DreamTeam Group, LLC