**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

In Re Galena Biopharma, Inc. Securities
Litigation

       **Plaintiff(s),**

v.

       **Defendant(s).**

Civil Case No. 3:14-cv-00367-SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Edward Gartenberg requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

    **(1)**     **PERSONAL DATA:**

Name: Gartenberg        Edward
          *(Last Name)*            *(First Name)*       *(MI)*       *(Suffix)*

Firm or Business Affiliation: Gartenberg Gelfand Hayton LLP

Mailing Address: 801 S. Figueroa St., Suite 2170

City: Los Angeles       State: CA       Zip: 90017

Phone Number: 213-542-2100       Fax Number: 213-542-2101

Business E-mail Address: egartenberg@gghslaw.com

**(2)**    **BAR ADMISSIONS INFORMATION:**

    **(a)**    State bar admission(s), date(s) of admission, and bar ID number(s):

| California, | June, 10, 1982 | 102693 |
|---|---|---|
| New York, | 1975 | 1484625 |
| District of Columbia, | July 29,1980 | 314856 |

    **(b)**    Other federal court admission(s), date(s) of admission, and bar ID number(s):

        See Attachment "A"

**(3)**    **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**    ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)**    **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)**    **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Defendants Lidingo Holdings, LLC

and Kamilla Bjorlin, erroneously sued as Milla Bjorn

(6)    **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 12 day of May , 2015

_____
(Signature of Pro Hac Counsel)

Edward Gartenberg
_____
(Typed Name)

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 12 day of May , 2015

_____
(Signature of Local Counsel)

Name: Arellano, Joseph, C.
_____
(Last Name)          (First Name)                    (MI)        (Suffix)

Oregon State Bar Number: 801518

Firm or Business Affiliation: KENNEDY WATTS ARELLANO LLP

Mailing Address: 1211 SW 5th Avenue, Suite 2850

City: Portland                    State: Oregaon        Zip: 97204

Phone Number: 503-228-6191        Business E-mail Address: arellano@kwar.com

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

---

ATTACHMENT "A"

| Court | Dated Admitted |
|---|---|
| Supreme Court of California | 1982 |
| Central District of California (Federal District Court) | 1982 |
| Eastern District of California (Federal District Court) | 1982 |
| Northern District of California (Federal District Court) | 1982 |
| Southern District of California (Federal District Court) | 1982 |
| Ninth Circuit (Federal Court of Appeals) | 1982 |
| District of Columbia (Federal District Court) | 9-12-1980 |
| District of Columbia (Federal Court of Appeals) | 9-12-1980 |
| Eastern District of Wisconsin (Federal District Court) | 8-1-1980 |
| Southern District of New York (Federal District Court) | 11-6-1975 |
| Eastern District of New York (Federal District Court) | 12-5-1975 |
| Second Circuit (Federal Court of Appeals) | 11-19-1975 |
| United States Supreme Court | 1993 |
| District of Nevada (Federal District Court) | 2008 |