Jeffrey Ratliff
rgilbertson@qwestoffice.com
RANSOM GILBERTSON MARTIN
& RATLIFF, LLP
1500 NE Irving Street, Suite 412
Portland, Oregon 97232
Tel: 503-226-3664
*Liaison Counsel for Plaintiffs*

Leigh Handelman Smollar
lsmollar@pomlaw.com
Patrick V. Dahlstrom
pdahlstrom@pomlaw.com
POMERANTZ LLP
10 S. LaSalle St. Ste. 3505
Chicago, IL 60603
Tel: 212-661-1100

Laurence M. Rosen, Esq.
lrosen@rosenlegal.com
Philip Kim, Esq.
pkim@rosenlegal.com
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: 212-686-1060

*Co-Lead Counsel for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| IN RE GALENA BIOPHARMA, INC. SECURITIES LITIGATION, | CASE No.:3:14-cv-00367-SI <br><br> **STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE OF DEFENDANTS LIDINGO HOLDINGS, LLC AND MILLA BJORLIN ANSWER TO THE COMPLAINT** |

WHEREAS, on October 31, 2014, Lead Plaintiffs Kisok Cho, Anthony Kim, Pantelis Lavidas and Joseph Buscema ("Lead Plaintiffs") and Plaintiff Alan Theriault (collectively, the "Plaintiffs") filed their Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint") (Dkt. No. 59), naming as Defendants, among others Lidingo Holdings, LLC and Kamilla Bjorlin.

WHEREAS, on May 12, 2015, Defendants Lidingo Holdings, LLC, and Kamilla Bjorlin filed their motion to dismiss (Dkts. No. 138);

WHEREAS, on August 5, 2015 the Court issued its Opinion and Order (Dkt. No. 149) granting in part and denying in part the Defendants' motions to dismiss; and

WHEREAS, the Court's August 5, 2015 Opinion and Order granted Plaintiffs leave to file an amended complaint within 28 days from the date of the Opinion and Order;

NOW THEREFORE, it is agreed, subject to the approval of the Court, that:

1. Plaintiffs will not file an amended complaint;

2. Defendants Lidingo Holdings, LLC and Kamilla Bjorlin shall file and serve their Answer to the complaint on or before 30 days from signing of this stipulation.

**SO STIPULATED:**

Dated: September 29, 2015                    /s/ Laurence M. Rosen
                                             Laurence M. Rosen
                                             lrosen@rosenlegal.com
                                             Philip Kim, Esq.
                                             pkim@rosenlegal.com
                                             THE ROSEN LAW FIRM, P.A.
                                             275 Madison Avenue, 34th Floor
                                             New York, NY 10016
                                             Tel: 212-686-1060
                                             *Co-Lead Counsel for Lead Plaintiffs*

                                                        Leigh Handelman Smollar
                                                        Patrick V. Dahlstrom
pdahlstrom@pomlaw.comLeigh Handelman Smollar
lsmollar@pomlaw.com
POMERANTZ LLP
10 S. LaSalle St. Ste. 3505
Chicago, IL 60603
Tel: 212-661-1100
*Co-Lead Counsel for Lead Plaintiffs*

-and-

Jeffrey Ratliff
rgilbertson@qwestoffice.com
RANSOM GILBERTSON MARTIN
& RATLIFF, LLP
1500 NE Irving Street, Suite 412
Portland, Oregon 97232
Tel: 503-226-3664
*Liaison Counsel for Plaintiffs*

Dated: September 29, 2015        /s/Edward Gartenberg
                                                        Edward Gartenberg
egartenberg@gghslaw.com
GARTENBERG GELFAND HAYTON LLP
801 S. Figueroa St., Suite 2170
Los Angeles, CA 90017
(213) 542-2100

**IT IS SO ORDERED:**

Dated: September ____, 2015        _____
                                                        The Hon. Michael H. Simon
                                                        United States District Judge