**James T. McDermott**, OSB No. 933594
jmcdermott@balljanik.com
**Ciaran P.A. Connelly**, OSB No. 116761
cconnelly@balljanik.com
BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, OR  97204-3219
Tel: (503) 228-2525
Fax: (503) 226-3910

Jacob S. Frenkel (Pending Admission *Pro Hac Vice*)
jfrenkel@shulmanrogers.com
Russell D. Duncan (Pending Admission *Pro Hac Vice*)
rduncan@shulmanrogers.com
Renee B. Kramer (Pending Admission *Pro Hac Vice*)
rkramer@shulmanrogers.com
SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.
12505 Park Potomac Ave., Sixth Floor
Potomac, MD  20854
Telephone:  (301) 230-5200
Facsimile:  (301) 230-2891

Attorneys for Defendants
Michael McCarthy and The DreamTeam Group, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **In re GALENA BIOPHARMA, INC. SECURITIES LITIGATION** | **Case No.: 3:14-cv-00367-SI**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE OF DEFENDANTS MICHAEL MCCARTHY AND THE DREAMTEAM GROUP LLC** |

WHEREAS, on October 31, 2014, Lead Plaintiffs Kisok Cho, Anthony Kim, Pantelis Lavidas and Joseph Buscema ("Lead Plaintiffs") and Plaintiff Alan Theriault (collectively, the "Plaintiffs") filed their Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint") (Dkt. No. 59), naming as Defendants, among others Michael McCarthy and The DreamTeam Group LLC;

WHEREAS, on June 10, 2015, Defendants Michael McCarthy and The DreamTeam Group LLC filed their motion to dismiss (Dkt. No. 147);

WHEREAS, on August 5, 2015 the Court issued its Opinion and Order (Dkt. No. 149) granting in part and denying in part the Defendants' motions to dismiss; and

WHEREAS, the Court's August 5, 2015 Opinion and Order granted Plaintiffs leave to file an amended complaint within 28 days from the date of the Opinion and Order;

WHEREAS, Plaintiffs have represented to the Court that they do not intend to file an amended complaint;

WHEREAS, Plaintiffs and Defendants Lidingo Holdings, LLC and Kamila Bjorlin have entered into a stipulation that Defendants Lidingo Holdings, LLC and Kamila Bjorlin shall file and service their answer to the complaint by October 29, 2015;

WHEREAS, the Court has ordered that Defendants Lidingo Holdings, LLC and Kamila Bjorlin shall file and service their answer to the complaint by October 29, 2015 (Dkt. No. 151); NOW THEREFORE, it is agreed, subject to the approval of the Court, that:

1.      Plaintiffs will not file an amended complaint as against Defendants Michael McCarthy and The DreamTeam Group LLC;

2.      Defendants Michael McCarthy and The DreamTeam Group LLC shall file and serve their Answer to the complaint on or before October 29, 2015.

SO STIPULATED:

Dated:  October 6, 2015                    /s/_____
                                           Laurence M. Rosen lrosen@rosenlegal.com
                                           Philip Kim, Esq. pkim@rosenlegal.com
                                           THE ROSEN LAW FIRM, P.A.
                                           275 Madison Avenue, 34th Floor
                                           New York, NY 10016
                                           Tel: 212-686-1060
                                           Co-Lead Counsel for Lead Plaintiffs

                                           Leigh Handelman Smollar
                                           Patrick V. Dahlstrom
                                           pdahlstrom@pomlaw.com
                                           Leigh Handelman Smollar
                                           lsmollar@pomlaw.com
                                           POMERANTZ LLP
                                           10 S. LaSalle St. Ste. 3505
                                           Chicago, IL 60603
                                           Tel: 212-661-1100
                                           Co-Lead Counsel for Lead Plaintiffs

                                           -and-

                                           Jeffrey Ratliff
                                           rgilbertson@qwestoffice.com
                                           RANSOM GILBERTSON MARTIN
                                           & RATLIFF, LLP
                                           1500 NE Irving Street, Suite 412
                                           Portland, Oregon 97232
                                           Tel: 503-226-3664
                                           Liaison Counsel for Plaintiffs

BALL JANIK LLP

/s/_____
**James T. McDermott**, OSB No. 933594
jmcdermott@balljanik.com
**Ciaran P.A. Connelly**, OSB No. 116761
cconnelly@balljanik.com
BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, OR  97204-3219
Tel: (503) 228-2525
Fax: (503) 226-3910

/s/_____
Jacob S. Frenkel (Pending Admission Pro Hac Vice)
jfrenkel@shulmanrogers.com
Russell D. Duncan (Pending Admission Pro Hac Vice)
rduncan@shulmanrogers.com
Renee B. Kramer (Pending Admission Pro Hac Vice)
rkramer@shulmanrogers.com
SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.
12505 Park Potomac Ave., Sixth Floor
Potomac, MD  20854
Telephone: (301) 230-5200
Facsimile: (301) 230-2891

Attorneys for Defendants
Michael McCarthy and The DreamTeam Group, LLC

**IT IS SO ORDERED:**

DATED:  October ___, 2015              _____
                                       The Hon. Michael H. Simon
                                       United States District Judge

## CERTIFICATE OF SERVICE

I certify that on October 6, 2015 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record who have consented to electronic filing.

DATED: October 6, 2015                    /s/ Ciaran P.A. Connelly
                                          Ciaran P.A. Connelly, OSB No. 116761
                                          Attorneys for Defendants Michael McCarthy and
                                            The DreamTeam Group, LLC