**KRISTEN TRANETZKI**, OSB No. 115730
  kristen@angelilaw.com
ANGELI UNGAR LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-3332
Facsimile: (503) 227-0880

**JONATHAN R. TUTTLE** (*Admitted Pro Hac Vice*)
  jrtuttle@debevoise.com
**SCOTT N. AUBY** (*Admitted Pro Hac Vice)*
  snauby@debevoise.com
DEBEVOISE & PLIMPTON LLP
555 13th Street NW, Suite 1100E
Washington, DC 20004
Telephone: (202) 383-8000
Facsimile: (202) 383-8118

    Attorneys for Mark J. Ahn

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In Re GALENA BIOPHARMA, INC. SECURITIES LITIGATION,<br><br>This Document Relates To:<br>ALL ACTIONS. | Case No.: 3:14-cv-367-SI<br>(CONSOLIDATED, LEAD)<br>3:14-cv-389-SI<br>3:14-cv-410-SI<br>3:14-cv-435-SI<br>3:14-cv-558-SI<br><br>**DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME** |

PAGE 1 –   DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME

## LR 7-1 CERTIFICATION

Pursuant to Local Rule 7-1, counsel for defendant Ahn has conferred with counsel for plaintiffs, who do not oppose this motion.

## MOTION

Defendants respectfully move for an order extending the deadline to respond to the complaint to December 31, 2015. This motion is unopposed.

## MEMORANDUM

On November 2, 2015, this Court entered an order granting the parties' stipulated briefing schedule, which required Galena Defendants, Outside Director Defendants and Defendant Mark J. Ahn ("the Defendants") file their answer to the complaint by November 30, 2015. (ECF No. 157.) The Defendants respectfully request that the Court extend the deadline to respond to the complaint to December 31, 2015.

The parties to this lawsuit participated in a mediation on September 19, 2015, and are continuing to actively engage in settlement negotiations and are close to resolving this dispute. The Defendants request that this court extend the deadline to respond to December 31, 2015, to allow the parties to finalize the ongoing settlement negotiations. Good cause for the extension exists in order to conserve the parties' and the Court's resources during these settlement negotiations. No undue delay will ensue as a result of the extension and the extension will not impact any current discovery deadlines.

DATED: November 30, 2015.

        s/ *Kristen Tranetzki*
Kristen L. Tranetzki, OSB No. 115730
Kristen@angelilaw.com
**Angeli Ungar Law Group LLC**
121 SW Morrison St., Ste. 400
Portland, OR 97204
Telephone: 503-954-2232

Jonathan R. Tuttle, *pro hac vice*
jrtuttle@debevoise.com
**Debevoise & Plimpton LLP**
555 13th Street, NW
Washington, DC 20004

*Attorneys for Defendant Mark J. Ahn*

---

s/ *Robert L. Aldisert*
Robert L. Aldisert, OSB No. 940433
RAldisert@perkinscoie.com
Heidee Stoller, OSB No. 072835
HStoller@perkinscoie.com
**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000

*Attorneys for Defendants*
*Rudolph Nisi, Sanford Hillsberg, Steven Kriegsman, Stephen Galliker, Richard Chin, Mark Schwartz, Ryan Dunlap, and William Ashton*

s/ *Lois O. Rosenbaum*
Lois O. Rosenbaum, OSB No. 773250
lorosenbaum@stoel.com
**Stoel Rives, LLP**
900 SW Fifth Avenue
Suite 2600
Portland, OR 97204
Telephone: 503-224-3380

Paul R. Bessette, *pro hac vice*
pbessette@kslaw.com
**King & Spalding LLP**
401 Congress Avenue
Suite 3200
Austin, TX 78701

*Attorneys for Defendant Galena*