Jeffrey Ratliff
rgilbertson@qwestoffice.com
**RANSOM GILBERTSON MARTIN & RATLIFF, LLP**
1500 NE Irving Street, Suite 412
Portland, Oregon 97232
Tel: 503-226-3664
*Liaison Counsel for Plaintiffs*

Leigh Haneleman Smollar
lsmollar@pomlaw.com
Patrick V. Dahlstrom
pdahlstrom@pomlaw.com
**POMERANTZ LLP**
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

Jeremy A. Lieberman
jalieberman@pomlaw.com
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
Tel: 212-661-1100

Laurence M. Rosen
lrosen@rosenlegal.com
Phillip Kim
pkim@rosenlegal.com
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 34th Floor
Tel: 212-686-1060
*Co-Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| IN RE GALENA BIOPHARMA, INC. SECURITIES LITIGATION, | CASE No.:3:14-cv-00367-SI<br><br>**NOTICE OF PARTIAL SETTLEMENT** |

Lead Plaintiffs Kisuk Cho, Anthony Kim, Pantelis Lavidas, and Joseph Buscema, and Plaintiff Alan Theriault, ("Lead Plaintiffs," or "Plaintiffs"), individually and on behalf of all other persons similarly situated, are pleased to inform the Court that they have reached a class settlement (the "Settlement") with Defendants Galena Biopharma, Inc., Mark J. Ahn, Ryan M. Dunlap, Remy Bernarda, Steven Kriegsman, Richard Chin, Stephen S. Galliker, Rudolph Nisi, and Sanford J. Hillsberg (the "Galena Defendants", and with Plaintiffs, the "Settling Parties").

The Settling Parties will work quickly to document the Settlement and will present it to the Court for preliminary approval within 60 days. If the Court grants preliminary approval, Plaintiffs will provide notice of the Settlement to the class, solicit class members' claims, objections, and requests for exclusion, and then seek the Court's final approval of the Settlement.

The Settlement does not dispose of claims against Defendants Thomas Meyer, Michael McCarthy, The DreamTeamGroup, Kamilla Bjorlin, and Lidingo Holdings LLC (the "Promoter Defendants"). The case against the Promoter Defendants continues.

Dated: December 7, 2015               Respectfully submitted,


/s/_Leigh Handelman Smollar (pro hac vice)
**POMERANTZ LLP**
Patrick V. Dahlstrom
Leigh Handelman Smollar
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Tel:  (312) 377-1181

**POMERANTZ LLP**
Jeremy A. Lieberman (pro hac vice)
600 Third Avenue, 20th Floor
New York, NY 10016
Tel: 212-661-1100

-and-

/s/  Phillip Kim (pro hac vice)
**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (pro hac vice)
Phillip Kim (pro hac vice)
275 Madison Avenue, 34th Floor
New York, NY  10016
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
*Co-Lead Counsel for Plaintiffs*


**RANSOM, GILBERTSON, MARTIN & RATLIFF, L.L.P.**
Jeffrey Ratliff
1500 NE Irving Street, Suite 412
Portland, Oregon 97232
Tel: 503-226-3664
*Liaison Counsel for Lead Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

DATED: December 7, 2015

/s/ Phillip Kim