**James T. McDermott**, OSB No. 933594
jmcdermott@balljanik.com
**Ciaran P.A. Connelly**, OSB No. 116761
cconnelly@balljanik.com
BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, OR 97204-3219
Tel: (503) 228-2525
Fax: (503) 226-3910

Jacob S. Frenkel (*Pro Hac Vice*)
jfrenkel@dickinson-wright.com
DICKINSON WRIGHT PLLC
International Square 1825 Eye Street, Suite 900
Washington, D.C. 20006
Tel: (202) 466-5953
Fax:  (202) 659-1559

*Attorneys for Defendants*
*Michael McCarthy and The DreamTeam Group, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In re GALENA BIOPHARMA, INC. SECURITIES LITIGATION | Case No.: 3:14-cv-00367-SI (Lead)<br><br>**DEFENDANTS MICHAEL MCCARTHY'S AND THE DREAMTEAM GROUP LLC'S RESPONSE TO LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Defendants The DreamTeam Group LLC and Michael McCarthy (collectively "DreamTeam") do not oppose lead plaintiffs' motion for class certification at this time. DreamTeam reserves all its rights to challenge the certification of a class at a later time.

DREAMTEAM RESPONSE TO
MOTION FOR CLASS CERTIFICATION

DATED: October 14, 2016.       BALL JANIK LLP


                               /s/ Ciaran P.A. Connelly
                               James T. McDermott
                               OSB No. 933594
                               jmcdermott@balljanik.com
                               Ciaran P.A. Connelly
                               OSB No. 116761
                               cconnelly@balljanik.com
                               101 SW Main Street, Suite 1100
                               Portland, OR 97204-3219
                               Tel: (503) 228-2525
                               Fax: (503) 226-3910

                               Jacob S. Frenkel (*Pro Hac Vice*)
                               jfrenkel@dickinson-wright.com
                               DICKINSON WRIGHT PLLC
                               International Square 1825 Eye Street,
                               Suite 900
                               Washington, D.C. 20006
                               Tel: (202) 466-5953
                               Fax:  (202) 659-1559

                               *Attorneys for Defendants*
                               *Michael McCarthy and*
                               *The DreamTeam Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

DATED: October 14, 2016

/s/     Ciaran P.A. Connelly
Ciaran P.A. Connelly

DREAMTEAM RESPONSE TO
MOTION FOR CLASS CERTIFICATION