# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **In re GALENA BIOPHARMA, INC. SECURITIES LITIGATION**, | Case No. 3:14-cv-367-SI (LEAD)<br><br>**JUDGMENT** |

**Michael H. Simon, District Judge.**

Based on the Court's ORDER AND FINAL JUDGMENT,

**IT IS ADJUDGED** that this case is DISMISSED with prejudice.

DATED this 21st day of November, 2017.

                                                  /s/ Michael H. Simon
                                                Michael H. Simon
                                                United States District Judge